UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN MCKAY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

BORDER FOODS, INC. and BORDER FOODS OF WISCONSIN, LLC,

    Defendants.
_____/

Case No. 1:21-cv-963

HON. JANE M. BECKERING

## ORDER OF DISMISSAL

Pending before the Court is the parties' Stipulation for Dismissal (ECF No. 18). The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the Stipulation for Dismissal (ECF No. 18) is GRANTED; this action is DISMISSED with prejudice, and with the parties to bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: January 25, 2022

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge